**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HENRY TUCKER, on behalf of himself and all
others similarly situated,

                Plaintiff,

-against-

FIRSTLIGHT HOME CARE FRANCHISING,
LLC,

                Defendants.
-------------------------------------------------------------X

18 **CIVIL** 5012 (PAE) (KNF)

## JUDGMENT

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2019, Magistrate Judge Kevin Nathaniel Fox's June 10, 2019, Report and Recommendation is adopted; defendants' motion to dismiss the First Amended Complaint is granted.

**Dated:**  New York, New York
          July 10, 2019

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/10/2019